**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CV429** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JASON M. BRADLEY,** | ) | **ORDER TO ISSUE WRIT** |
| | ) | **OF CONTINUING GARNISHMENT** |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **PERFORMANCE VOLKSWAGEN, INC.,** | ) | |
| | ) | |
| **Garnishee.** | ) | |

This matter comes before this Court on the Application For Writ of Continuing Garnishment filed by the Plaintiff, United States of America, seeking an order for issuance of a writ of continuing garnishment against Performance Volkswagen, Inc., the garnishee. (Filing No. 11).  No objection to the application has been filed.  The Court finds that the Government's Application is in compliance with 28 U.S.C. § 3205(b)(1).  Therefore, for good cause shown,

IT IS HEREBY ORDERED:

1)   The Application (Filing No. 11) is granted;

2)   The United States is hereby authorized to recover, as part of this garnishment, a surcharge of 10 percent of the amount of the outstanding debt in connection with the recovery of the debt, to cover the costs of processing and handling the enforcement proceeding pursuant to 28 U.S.C. § 3011(a); and

3)      The Clerk of the Court shall issue a Writ of Continuing Garnishment against,

Performance Volkswagen, Inc., whose address is 7108 S. 124th Circle,

LaVista, NE 68128.

DATED this 10th day of August, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge